ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
Asset Forfeiture Section
U.S. Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213)894-2727
Facsimile: (213)894-7177
E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE (1) SPORT-HUNTED AFRICAN LION (*PANTHERA LEO*) TROPHY,

Defendant.

MATT WARD,

Claimant.

NO. CV 09-5030-JFW(CWx)

**JUDGMENT OF FORFEITURE**

Plaintiff's Motion for Summary Judgment having been taken under submission on March 8, 2010, by the Honorable John F. Walter, United States District Judge, the Court having considered the pleadings and the evidence presented, and in accordance with

the Court's findings of fact and conclusions of law as stated in the Court's March 15, 2010 Order Granting Plaintiff's Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimant Matt Ward and all other potential claimants in and to the defendant One Sport-Hunted African Lion (*Panthera Leo*) Trophy ("defendant") are condemned and forfeited to the United States of America. The defendant shall be disposed of in accordance with law.

DATED: This 17th day of March, 2010.

HONORABLE JOHN F. WALTER
United States District Judge

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America